CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 17 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
NOVEMBER 2016 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 4:16-cr-15 |
| v | **SEALED INDICTMENT** |
| WILLIAM KIRK ODELL<br>a/k/a "Marty" | **In Violation of:**<br><br>21 U.S.C. §841(a)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about February 25, 2015, in the Western Judicial District of Virginia, the defendant, WILLIAM KIRK ODELL, a/k/a "Marty," did knowingly and intentionally distribute a measurable quantity of a mixture and substance containing hydromorphone, a Schedule II controlled substance.

2. In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

The Grand Jury further charges:

1. That on or about March 25, 2015, in the Western Judicial District of Virginia, the defendant, WILLIAM KIRK ODELL, a/k/a "Marty," did knowingly and intentionally distribute a measurable quantity of a mixture and substance containing hydromorphone, a

1

Schedule II controlled substance.

2. In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **COUNT THREE**

The Grand Jury further charges:

1. That on or about May 27, 2015, in the Western Judicial District of Virginia, the defendant, WILLIAM KIRK ODELL, a/k/a "Marty," did knowingly and intentionally distribute a measurable quantity of a mixture and substance containing hydromorphone, a Schedule II controlled substance.

2. In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL this 17th day of November, 2016.

                                                         __s/Grand Jury Foreperson_____
                                                         FOREPERSON

_____
JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY

2